# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANELL CUSTOM HARVESTING, LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01848-SAB <br><br> ORDER RE INFORMAL TELECONFERENCE AND EXTENDING CONDITIONAL CERTIFICATION DEADLINES <br><br> (ECF No. 13) |

On April 20, 2017, at the request of the parties, the Court set a telephonic conference for April 21, 2017. On April 21, 2017, the Court conducted an informal telephonic conference to discuss deadlines. Based upon the discussion at the April 21, 2017 informal conference, IT IS HEREBY ORDERED that:

1. The deadline for filing a motion for conditional certification shall be extended to April 28, 2017; and

2. The deadline for filing an opposition to a motion for conditional certification shall be extended to May 19, 2017.

IT IS SO ORDERED.

Dated: **April 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1