# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANELL CUSTOM HARVESTING, LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01848-SAB <br><br> ORDER RE STIPULATION TO VACATE OR CONTINUE DEADLINES FOR A MOTION FOR CONDITIONAL CERTIFICATION <br><br> (ECF No. 18) |

On April 20, 2017, at the request of the parties, the Court set a telephonic conference for April 21, 2017. (ECF No. 15.) On April 21, 2017, the Court conducted an informal telephonic conference to discuss deadlines. (ECF No. 16.) On April 21, 2017, the Court entered an order extending the deadline for filing a motion for conditional certification to April 28, 2017, and extending the deadline for filing an opposition to a motion for conditional certification to May 19, 2017. (ECF No. 17.) On April 24, 2017, the parties filed a stipulation to vacate or continue deadlines for a motion for conditional certification. (ECF No. 18.)

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for filing a motion for conditional certification shall be extended to October 16, 2017;

2. The deadline for filing an opposition to a motion for conditional certification shall be extended to November 13, 2017;

1

3. The hearing on a motion for conditional certification shall be set pursuant to the Local Rules; and

4. Pursuant to the parties' stipulation, the statute of limitations for any individual who opts into any collection action approved by the Court is tolled for the period from June 1, 2017, until sixty (60) days after any order by the Court granting conditional certification.

IT IS SO ORDERED.

Dated: **April 24, 2017**

UNITED STATES MAGISTRATE JUDGE

2