# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANELL CUSTOM HARVESTING, LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01848-SAB <br><br> ORDER FOLLOWING JOINT STATUS REPORT REGARDING MEDIATION SETTING BRIEFING SCHEDULE <br><br> (ECF No. 25) |

On October 11, 2017, the parties to this action filed a joint status report regarding mediation. (ECF No. 25.) According to the status report, the parties have resolved this matter and intend to submit a motion for conditional judicial approval of settlement reached by the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters in this action are vacated;
2. The parties shall file a motion for conditional judicial approval of settlement on or before November 17, 2017; and
3. A hearing on the motion for tentative judicial approval of settlement is set before the undersigned on December 13, 2017, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **October 12, 2017**

UNITED STATES MAGISTRATE JUDGE

1