Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, DANELL CUSTOM HARVESTING, LLC, RANCE DANELL, ERIC DANELL, DAVID DANELL and JUSTIN DANELL

John E. Hill, State Bar No. 45338
johnhill@hill-law-offices.com
Enrique Martínez, State Bar No. 206884
enriquemartinez@hill-law-offices.com
**LAW OFFICES OF JOHN E. HILL**
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445

*Attorneys for Plaintiffs & Putative Classes*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, JESUS HERNANDEZ INFANTE, MARCO GARCIA, JUAN MANUEL BRABO, ESTELA PATIÑO, JOSE F. OROZCO, and ANTONIO ORTIZ, on behalf of themselves and other members of the general public generally situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DANELL CUSTOM HARVESTING, LLC, a California company, RANCE DANELL, ERIC DANELL, DAVID DANELL, and JUSTIN DANELL,<br><br>　　　　　Defendants. | Case No.:　1:16-cv-01848-SAB<br><br>**STIPULATION RE EXTENDING DEADLINE FOR MOTION RE SETTLEMENT** |

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000

**STIPULATION**

Plaintiffs FRANCISCO RODRIGUEZ, JESUS HERNANDEZ INFANTE, MARCO GARCIA, JUAN MANUEL BRAVO, ESTELA PATIÑO, JOSE F. OROZCO, and ANTONIO ORTIZ (hereinafter referred to at times as "Plaintiffs") and Defendants DANELL CUSTOM HARVESTING, LLC, RANCE DANELL, ERIC DANELL, DAVID DANELL, and JUSTIN DANELL (hereinafter referred to at times as "Defendants"), by and through their respective counsel of record, hereby STIPULATE and AGREE as follows:

1. The parties have agreed to settlement terms and are preparing a joint motion for conditional approval of the settlement terms. Defendants hereby request a brief extension for completing the motion, and Plaintiffs have no objection, as long as the Court has no objection.

2. Defendants request the deadline for filing the Motion for Conditional Judicial Approval be continued from November 17, 2017 to November 22, 2017, and Plaintiffs do not object to this request.

3. The parties would request that the hearing date for the motion of December 13, 2017 remain unchanged.

**LAW OFFICES OF JOHN E. HILL**

DATED: November 16, 2017        By: /s/Enrique Martinez
                                    Enrique Martínez
                                    Attorneys for Plaintiffs


**SAGASER, WATKINS & WIELAND PC**

DATED: November 16, 2017        By: /s/William M. Woolman
                                    William M. Woolman
                                    Attorneys for Defendants

IT IS SO ORDERED.

Dated: **November 16, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1