Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, DANELL CUSTOM HARVESTING, LLC, RANCE DANELL, ERIC DANELL, DAVID DANELL and JUSTIN DANELL

John E. Hill, State Bar No. 45338
johnhill@hill-law-offices.com
Enrique Martínez, State Bar No. 206884
enriquemartinez@hill-law-offices.com
**LAW OFFICES OF JOHN E. HILL**
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445

*Attorneys for Plaintiffs & Putative Class*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, JESUS HERNANDEZ INFANTE, MARCO GARCIA, JUAN MANUEL BRABO, ESTELA PATIÑO, JOSE F. OROZCO, and ANTONIO ORTIZ, on behalf of themselves and other members of the general public generally situated,<br><br>Plaintiffs,<br><br>v.<br><br>DANELL CUSTOM HARVESTING, LLC, a California company, RANCE DANELL, ERIC DANELL, DAVID DANELL, and JUSTIN DANELL,<br><br>Defendants. | Case No.: 1:16-cv-01848-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT TO JANUARY 24, 2018** |

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000

# STIPULATION

Plaintiffs FRANCISCO RODRIGUEZ, JESUS HERNANDEZ INFANTE, MARCO GARCIA, JUAN MANUEL BRAVO, ESTELA PATIÑO, JOSE F. OROZCO, and ANTONIO ORTIZ (hereinafter referred to at times as "Plaintiffs") and Defendants DANELL CUSTOM HARVESTING, LLC, RANCE DANELL, ERIC DANELL, DAVID DANELL, and JUSTIN DANELL (hereinafter referred to at times as "Defendants"), by and through their respective counsel of record, hereby STIPULATE and AGREE as follows:

1. Plaintiffs hereby request a brief continuance for completing the supplemental briefing regarding preliminary approval ordered by the Court, and Defendants have no objection, as long as the Court has no objection.

2. The parties request that the hearing on Plaintiffs' Motion for Preliminary Approval be continued from January 17, 2018 to January 24, 2018 at 10:00 a.m., and that Plaintiffs' supplemental briefing be due on January 17, 2018.

**LAW OFFICES OF JOHN E. HILL**

DATED: January 9, 2018   By: /s/
Enrique Martínez
Attorneys for Plaintiffs

**SAGASER, WATKINS & WIELAND PC**

DATED: January 9, 2018   By: /s/
William M. Woolman
Attorneys for Defendants

IT IS SO ORDERED.

Dated: **January 9, 2018**

UNITED STATES MAGISTRATE JUDGE

---

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1