# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, et al., | Case No. 1:16-cv-01848-SAB |
| Plaintiffs, | ORDER VACATING FEBRUARY 21, 2018 HEARING |
| v. | |
| DANELL CUSTOM HARVESTING, LLC, et al., | |
| Defendants. | |

Currently before the Court is Plaintiffs' motion for approval of a class action settlement which is set for oral argument on February 21, 2018 at 10:00 a.m. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 21, 2018, will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **February 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

1