# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, et al., | Case No. 1:16-cv-01848-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE DEADLINE FOR FILING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND THE HEARING DATE |
| v. | |
| DANELL CUSTOM HARVESTING, LLC, et al., | (ECF No. 43) |
| Defendants. | |

On March 26, 2018, the parties filed a stipulation to continue the deadline to file a motion for final approval of the class action settlement and the hearing date. (ECF No. 43.) Accordingly, IT IS HEREBY ORDERED that:

1.  The parties shall file any motions in support of final approval of the settlement no later than **June 8, 2018**; and

2.  The final fairness hearing shall be continued from June 20, 2018, to **July 11, 2018, at 10:00 a.m. in Courtroom 9**; and

3.  The parties shall have the claims administrator send a notice in English and Spanish stating the new hearing date to the class members who file objections.

IT IS SO ORDERED.

Dated: __March 27, 2018__

_____
UNITED STATES MAGISTRATE JUDGE

1